IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TERRY LEE WARREN**                                                       **PLAINTIFF**

**VERSUS**                                               **CIVIL ACTION NO. 1:09cv364-RHW**

**DAVID ALLISON, Sheriff**                                            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is DISMISSED with prejudice.

SO ORDERED, this the 5th day of April, 2010.

                                                       /s/ *Robert H. Walker*
                                                       ROBERT H. WALKER
                                                       UNITED STATES MAGISTRATE JUDGE